B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Amerifab Metals, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**92-0178754** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**740 Lively Blvd.**<br>**Elk Grove Village, IL**<br>ZIP Code **60007** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ■ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ■ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(1/08)      Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Amerifab Metals, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>    Signature of Attorney for Debtor(s)       (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

    _____
    (Name of landlord that obtained judgment)

    _____
    (Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Amerifab Metals, Inc.** |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**X** _____<br>Signature of Debtor<br><br>**X** _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>**X** _____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |
| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
| **X**  /s/ Alex Pirogovsky<br>Signature of Attorney for Debtor(s)<br><br>**Alex Pirogovsky 6256978**<br>Printed Name of Attorney for Debtor(s)<br><br>**Pirogovsky Fremderman, Ltd.**<br>Firm Name<br><br>**3100 Dundee Road**<br>**Suite 507**<br>**Northbrook, IL 60062**<br>Address<br><br>                                   Email: alex@alexplaw.com<br>**(847) 465-9800  Fax: (847) 580-4951**<br>Telephone Number<br><br>**October  8, 2008**<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>**X** _____<br><br>_____<br>Date<br><br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: |
| **Signature of Debtor (Corporation/Partnership)**<br><br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**X**  /s/ Jacqueline McLain<br>Signature of Authorized Individual<br><br>**Jacqueline McLain**<br>Printed Name of Authorized Individual<br><br>**President**<br>Title of Authorized Individual<br><br>**October  8, 2008**<br>Date | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.* |

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Amerifab Metals, Inc.**                                                                      Case No.
                                                    Debtor(s)                                       Chapter    **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                **87**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **October 8, 2008**                         **/s/ Jacqueline McLain**
                                                    **Jacqueline McLain**/**President**
                                                    Signer/Title

Addison Abrasives
341 Interstate Road
Addison, IL 60101

Addison Electropolishing
80 Fairbank
Unit No.1
Addison, IL 60101

Advanced Metal Etching
801 Gerber Street
Ligonier, IN 46767

Advanta Bank Corp.
PO Box 8088
Philadelphia, PA 19101-8088

Airgas North Central
PO Box 802588
Chicago, IL 60680-2588

All-Brite Anodizing
100 W. Lake St.
Northlake, IL 60164

Amada America
PO Box 70756
Chicago, IL 60673-0756

Anagnos Door Company, Inc.
7600 S. Archer Road
Justice, IL 60458

Army Trail Shell
250 E. Army Trail Road
Bloomingdale, IL 60108

Berteau Lowell Plating
2300-28 W. Fullerton Ave.
Chicago, IL 60647

BFI Waste Services
PO Box 9001154
Louisville, KY 40290-1154

```
Big Joe Mfg. Co.
465 Windy Point Drive
Glendale Heights, IL 60139


Bisco Industries
1500 N. Lakeview Ave.
Anaheim, CA 92807


Box Packaging Inc.
2650 Galvin Drive
Elgin, IL 60123


Canon Business Solutions
15004 Collections Center Drive
Chicago, IL 60693


Central Steel & Wire
PO Box 5100
Chicago, IL 60680-5100


Citibank
Citibank Payment Center
PO Box 9241
Uniondale, NY 11555-9241


Citibank Business Card
PO Box 688919
Des Moines, IA 50368-8919


Citibank, N.A.
100 Citibank Dr.
Bldg. 3, Fl. 2
San Antonio, TX 78245


Computer Services & Networking Inc.
1172 Cactus Trail
Carol Stream, IL 60188


Copper & Brass Sales
415 State Parkway
Schaumburg, IL 60173
```

```
Covad
Dept. 33408
PO Box 39000
San Francisco, CA 94139


Cragin Metals, Inc.
2900 N. Kearsarge Ave.
Chicago, IL 60641-5497


D & W Mfg. Co.
3237 Lake St.
Chicago, IL 60624


Darla Morrissey
c/o Metcom Services
25910 Mary St.
Garden Prairie, IL 61038


DBC Industrial Supply Co.
1100 Ridge Ave.
Lombard, IL 60148


Desco, Inc.
1240 Howard St.
Elk Grove Village, IL 60007


Dynamic Stamping Inc.
W225 N6328 Village Drive
PO Box 307
Sussex, WI 53089


Equipment Depot of Illinois
2545 Northwest Parkway
Elgin, IL 60124


Equipment Depot of Illinois
Dept. 6059
Carol Stream, IL 60122


Fab Supply, Inc.
1775A Cortland Ct.
Addison, IL 60101
```

First Alliance Communications
204 N. Lake Ave., Unit A
Twin Lakes, WI 53181-9140


First Choice Bank
2000 W. State Street
Suite E
Geneva, IL 60134


Gatto Industrial Platers, Inc.
PO Box 95289
Palatine, IL 60095-0289


Haribhai Patel
715 Oak Mill Court
Addison, IL 60101


Home Depot
PO Box 6029
The Lakes, NV 88901


Hulick Metals, Inc.
91 Lively Blvd.
Elk Grove Village, IL 60007


Hydac USA
450 Windy Point Drive
Glendale Heights, IL 60139


IA & L Powder Coating Inc.
914 Westwood Ave.
Addison, IL 60101


IC Universal
1040 Fairway Drive
Bensenville, IL 60106


Industrial Finishing Inc.
2337 N. 17th Ave.
Franklin Park, IL 60131


Integrys
PO Box 19046
Green Bay, WI 54307-9046

```
Internal Revenue Service
230 S. Dearborn St.
Mail Stop 5010 CHI
Chicago, IL 60604


J & L Industrial
PO Box 382070
Pittsburgh, PA 15250-8070


J. Rubin & Co.
305 Peoples Avenue
Rockford, IL 61110


KBC Tools & Machinery
910 Busse Road
Elk Grove Village, IL 60007


KVF Company, Inc.
950 Lively Blvd.
Elk Grove Village, IL 60007


L & W Tool & Screw Machine Inc.
2535 United Lane
Elk Grove Village, IL 60007-1254


LaSalle Bank Midwest N.A.
Attn: Dawn Kennedy / MO8-050-01-17
2001 NE 46th Street
Kansas City, MO 64116-2051


Laser Plus
2450 American Lane
Elk Grove Village, IL 60007


Linda Kucan



McMaster Carr Co.
PO Box 7690
Chicago, IL 60680-7690


Mexicali Silk Screening Co.
525 W. Fullerton
Addison, IL 60101
```

Midwesco Services Inc.
6153 Mulford St.
Niles, IL 60714-3427

National City Bank
One NCC Parkway
Mail Code K-A16-2B
Kalamazoo, MI 49009

National City Bank Algonquin
791 S. Randall Road
Algonquin, IL 60102

Nationwide Funding, LLC
5520 Trabuco Road
First Floor
Irvine, CA 92620

North Star Lighting Group
2150 Parkes Dr.
Broadview, IL 60155

Office Max
PO Box 5239
Carol Stream, IL 60197

Olympic Steel
Dept. CH 17813
Palatine, IL 60055-7813

Paetec
PO Box 3243
Milwaukee, WI 53201-3243

Pentech Financial Services, Inc.
PO Box 712492
Cincinnati, OH 45271

Peoples Energy Services
231305 Momentum Place
Chicago, IL 60689-5311

Phoenix Infrared
3 Foundry St.
Lowell, MA 01852

Praxair Distributors Inc.
Dept. CH 10660
Palatine, IL 60055-0660


Rockford Industrial Welding Supply
PO Box 5404
Rockford, IL 61125-0404


Rockwell Collins
350 Collins Road N/E
M/S 109-206
Cedar Rapids, IA 52498


S.W. Anderson
35756 Eagle Way
Chicago, IL 60678-1357


Scott McLain


Se-Kure Controls
3714 Runge St.
Franklin Park, IL 60131


Staples Office Supply
Dept. 51-7819506618
PO Box 689020
Des Moines, IA 50368


T.W. Metals
760 Constitution Drive
PO Box 644
Exton, PA 19341-0644


Technicool Corp.
PO Box 72139
Roselle, IL 60172


The Finishing Company
2340 N. 17th Ave.
Franklin Park, IL 60131

```
Thomas P. Scherschel
SmithAmundsen LLC
150 N. Michigan Ave., Ste. 3300
Chicago, IL 60601


Three J's Industries, Inc.
701 Landmeier Rd.
Elk Grove Village, IL 60007


Timothy Cronin
799 Roosevelt Road
Bldg. 3, St. 100
Glen Ellyn, IL 60137


Tooling & Manufacturing Assoc.
1177 S. Dee Road
Park Ridge, IL 60068-4396


United Machine Works Inc.
860 Sivert Drive
Wood Dale, IL 60191


United Metal Finishers
4600 W. Palmer St.
Chicago, IL 60639


United Parcel Service
Lockbox 577
Carol Stream, IL 60132-0577


Viking Materials Inc.
3225 Como Avenue S.E.
Minneapolis, MN 55474


Washington Mutual
990 S. Second St.
Coos Bay, OR 97420


Washington Mutual
Small Business Lending
20855 stone Oak Parkway
San Antonio, TX 78258
```

```
Washington Mutual Bankcard
Commercial Bankcard Services
PO Box 4160
Beaverton, OR 97076-4160


Washington Mutual Card Services
PO Box 660487
Dallas, TX 75266-0487


Zipprich Movers
959 N. Garfield St.
Lombard, IL 60148
```

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Amerifab Metals, Inc.**  
                      Debtor(s)

Case No.  
Chapter **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Amerifab Metals, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**October  8, 2008**  
Date

**/s/ Alex Pirogovsky**  
**Alex Pirogovsky 6256978**  
Signature of Attorney or Litigant  
Counsel for **Amerifab Metals, Inc.**  
**Pirogovsky Fremderman, Ltd.**  
**3100 Dundee Road**  
**Suite 507**  
**Northbrook, IL 60062**  
**(847) 465-9800 Fax:(847) 580-4951**  
**alex@alexplaw.com**

Software Copyright (c) 1996-2004 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037    Best Case Bankruptcy