**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **In re:** | **Chapter 7** |
| | **Case No. 08 B 27039** |
| **Amerifab Metals, Inc.,** | |
| | **Hon. Eugene Wedoff** |
| Debtor(s) | |

**FINAL APPLICATION OF POPOWCER KATTEN, LTD.
FOR ALLOWANCE AND PAYMENT OF PROFESSIONAL COMPENSATION**

Popowcer Katten, Ltd. ("PK"), the accountants for Richard M. Fogel, the Chapter 7 trustee (the "Trustee") for the estate of Amerifab Metals, Inc. (the "Debtor"), submits this Final Application (the "Application") seeking allowance and payment of compensation and reimbursement expenses pursuant to 11 U.S.C. §§ 326, 330 and 503(b). In support of this Application, PK states as follows:

## BACKGROUND

1. On October 8, 2008 (the "Petition Date"), the Debtor filed a voluntary petition for relief pursuant to Chapter 7 of the Bankruptcy Code in this court. On the Petition Date, the Trustee was appointed as the Chapter 7 trustee for the Debtor's estate.

2. The Trustee liquidated the Debtor's interest in certain accounts receivable and other personal property and he was required to file federal and state income tax returns for the Debtor's estate.

3. On January 21, 2009, the Trustee was authorized to retain PK to perform accounting services for the benefit of the estate.

4. This court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

{4273 APPL A0227518.DOC}

5. During the period of February 4, 2009 through February 12, 2009 (the "Application Period"), PK performed the following tasks in connection with the Trustee's administration of this case:

    (a)    Prepared federal and state income tax returns for the Debtor's estate for the tax years ending December 31, 2008 and February 28, 2009 (final); and

    (b)    Prepared draft final determination letters for the IRS and the IDR pursuant to 11 U.S.C. § 505(b).

## REQUESTED FEES

6. PK has provided valuable legal services to the Trustee and the Debtor's estate during the Application Period. Pursuant to sections 330 of the Bankruptcy Code, PK requests the allowance and payment of fees in the amount of $3,347.00 for these services, no amount of which has been previously paid.

7. The following professional(s) rendered services during the Application Period at usual and customary rates for matters of this nature:

| Professional | Hours Charged | Hourly Rate | Total Amount |
| --- | --- | --- | --- |
| M. Lott | 2.0 | 190 | $380.00 |
| L. West | 13.8 | 215 | $2,967.00 |
| **TOTALS** | **15..8** |  | **$3,347.00** |

Attached to this Application as <u>Exhibit A</u> is a detailed statement of the services rendered by PK on behalf the Trustee during the Application Period. The statement contains a description of the particular services rendered and the amounts of time spent thereon at the current billing rates of PK's professional(s) set forth above.

{4273 APPL A0227518.DOC}                                  2

8. Given the criteria set forth in 11 U.S.C. § 330, namely (i) the nature, extent and value of the services, (ii) the time spent, (iii) the rates charged for such services, (iv) the performance of the services within a reasonable amount of time commensurate with the complexity, importance and the nature of the problem, issue or task addressed, and (v) the reasonableness of the services based on the compensation charged by comparably skilled professionals inside and outside of the bankruptcy context, PK respectfully submits that its fees represent a fair and reasonable amount for the allowance of final compensation in this case.

## NO CONFLICTS OR SHARING AGREEMENT

9. No agreement or understanding between PK and any third party exists for the purpose of sharing the compensation received for services rendered to the Trustee in connection with the Cases.

10. PK has not represented or held an interest adverse to the Trustee and is a "disinterested person" as defined in section 101(4) of the Bankruptcy Code.

## NOTICE

11. A copy of this Application has been served on the Office of the United States Trustee for the Northern District of Illinois. A notice of the hearing on the Application was served on all creditors and parties in interest by the Clerk of the U.S. Bankruptcy Court.

WHEREFORE, PK requests the entry of an order that:

(a) allows and grants the Trustee authority to pay PK $3,347.00 as compensation for services rendered during the Application Period;

(b) waives other and further notice of this hearing with respect to this Application; and

    (c) grants PK such additional relief as may be appropriate under the circumstances.

                  Respectfully submitted,

                  POPOWCER KATTEN, LTD.

Dated:  March 12, 2009        By: /s/ Richard M. Fogel
                    Richard M. Fogel, Trustee

Richard M. Fogel (#3127114)
Shaw Gussis Fishman Glantz
 Wolfson & Towbin LLC
321 N. Clark St., Suite 800
Chicago, IL 60654
Phone: (312) 541-0151

{4273 APPL A0227518.DOC}     4