**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| AMERIFAB METALS, INC. | ) | |
| | ) | CASE NO. 08-27039 ERW |
| | ) | |
| | ) | JUDGE  EUGENE R. WEDOFF |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS**
**FOR COMPENSATION, AND HEARING ON THE ABANDONMENT**
**OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1.      NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation.  A hearing will be held.

>       At:      U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 744, Chicago, IL 60604

>       on:      **May 13, 2009**
>       at:      **10:00 a.m.**

2.      The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.      The Trustee's Final Report shows total:

| | |
|---|---|
| a. Receipts | $          50,999.68 |
| b. Disbursements | $           1,746.60 |
| c. Net Cash Available for Distribution | $          49,253.08 |

4.      Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | | Fees Now Requested | | Expenses Now Requested |
|---|---|---|---|---|---|
| Richard M. Fogel, Trustee | $ | 0.00 | $ | 5,799.98 | $ | 38.59 |
| Popowcer Katten, Ltd. Accountant | $ | 0.00 | $ | 3,347.00 | $ | 0.00 |

{4273 NTC A0227509.DOC}

5.   In addition to the fees and expenses of administration listed above as may be allowed by the Court, the secured claim of FIRST CHOICE BANK is entitled to payment of $34,794.38 from the proceeds of its collateral.

6.   In addition to the fees and expenses of administration listed above as may be allowed by the Court and the secured claim, priority claims totaling $37.66 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 100.00%.

| Claim Number | Claimant | Allowed Amount of Claim | | Proposed Payment |
|---|---|---|---|---|
| 018A | ILLINOIS DEPARTMENT OF REVENUE | $ | 34.00 | $ | 34.00 |
| 019A | INTERNAL REVENUE SERVICE | $ | 3.66 | $ | 3.66 |

7.   Claims of general unsecured creditors totaling $309,191.44, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $1.69%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | | Proposed Payment |
|---|---|---|---|---|
| 001 | MSC INDUSTRIAL CO. | $ | 1,187.64 | $ | 20.11 |
| 002 | COMMONWEALTH EDISON COMPANY | $ | 419.21 | $ | 7.10 |
| 003A | PENTECH FUNDING, LLC | $ | 28,598.98 | $ | 484.26 |
| 004 | CENTRAL STEEL & WIRE | $ | 4,960.43 | $ | 83.99 |
| 005 | LASER PLUS | $ | 1,268.00 | $ | 21.47 |
| 006 | DYNAMIC STAMPING INC. | $ | 755.82 | $ | 12.80 |
| 007 | COVAD COMMUNICATION | $ | 198.00 | $ | 3.35 |
| 008 | BIG JOE MANUFACTURING CO. | $ | 45,075.86 | $ | 763.26 |
| 009 | AIRGAS NORTH CENTRAL | $ | 3,804.40 | $ | 64.42 |
| 010 | TECHNICOOL CORP. | $ | 3,022.26 | $ | 51.18 |
| 011 | ADVANTA BANK CORP. | $ | 13,829.87 | $ | 234.18 |
| 012 | INTEGRYS | $ | 6,558.65 | $ | 111.06 |
| 013 | CITIBANK (SOUTH DAKOTA) N.A. | $ | 1,128.52 | $ | 19.11 |
| 014 | MIDWESCO SERVICES, INC. | $ | 700.00 | $ | 11.85 |
| 015A | PRAXAIR DISTRIBUTION INC. | $ | 1,728.04 | $ | 29.26 |
| 016 | VIKING MATERIALS INC. | $ | 1,568.00 | $ | 26.55 |
| 017B | FIRST CHOICE BANK | $ | 126,078.95 | $ | 2,134.86 |
| 018B | ILLINOIS DEPARTMENT OF REVENUE | $ | 33.00 | $ | 0.56 |
| 019B | INTERNAL REVENUE SERVICE | $ | 1,515.20 | $ | 25.66 |
| 020A | IC UNIVERSAL | $ | 10,506.24 | $ | 177.90 |
| 021 | CRAGIN METALS, LLC | $ | 8,415.88 | $ | 142.50 |
| 023 | NATIONAL CITY | $ | 47,838.49 | $ | 810.04 |

8.      Proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9.      The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10.     Debtor has not been discharged (corporation).

11.     The Trustee proposed to abandon the following property at the hearing:

        Bank accounts, security deposits, insurance policy, account receivable.

Dated:    **April 1, 2009**                    For the Court,


                                By:   **KENNETH S. GARDNER**
                                      Kenneth S. Gardner
                                      Clerk of the United States Bankruptcy Court
                                      219 S. Dearborn Street, 7th Floor
                                      Chicago, IL  60604

{4273 NTC A0227509.DOC}