**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| AMERIFAB METALS, INC. | ) | |
| | ) | CASE NO. 08-27039 ERW |
| | ) | |
| | ) | JUDGE EUGENE R. WEDOFF |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1.  NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

   At:   U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 744, Chicago, IL 60604

   on:   **May 13, 2009**
   at:   **10:00 a.m.**

2.  The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.  The Trustee's Final Report shows total:

   a. Receipts                              $      50,999.68

   b. Disbursements                         $       1,746.60

   c. Net Cash Available for Distribution   $      49,253.08

4.  Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| Richard M. Fogel, Trustee | $ 0.00 | $ 5,799.98 | $ 38.59 |
| Popowcer Katten, Ltd. Accountant | $ 0.00 | $ 3,347.00 | $ 0.00 |

5. In addition to the fees and expenses of administration listed above as may be allowed by the Court, the secured claim of FIRST CHOICE BANK is entitled to payment of $34,794.38 from the proceeds of its collateral.

6. In addition to the fees and expenses of administration listed above as may be allowed by the Court and the secured claim, priority claims totaling $37.66 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 100.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 018A | ILLINOIS DEPARTMENT OF REVENUE | $ 34.00 | $ 34.00 |
| 019A | INTERNAL REVENUE SERVICE | $ 3.66 | $ 3.66 |

7. Claims of general unsecured creditors totaling $309,191.44, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $1.69%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 001 | MSC INDUSTRIAL CO. | $ 1,187.64 | $ 20.11 |
| 002 | COMMONWEALTH EDISON COMPANY | $ 419.21 | $ 7.10 |
| 003A | PENTECH FUNDING, LLC | $ 28,598.98 | $ 484.26 |
| 004 | CENTRAL STEEL & WIRE | $ 4,960.43 | $ 83.99 |
| 005 | LASER PLUS | $ 1,268.00 | $ 21.47 |
| 006 | DYNAMIC STAMPING INC. | $ 755.82 | $ 12.80 |
| 007 | COVAD COMMUNICATION | $ 198.00 | $ 3.35 |
| 008 | BIG JOE MANUFACTURING CO. | $ 45,075.86 | $ 763.26 |
| 009 | AIRGAS NORTH CENTRAL | $ 3,804.40 | $ 64.42 |
| 010 | TECHNICOOL CORP. | $ 3,022.26 | $ 51.18 |
| 011 | ADVANTA BANK CORP. | $ 13,829.87 | $ 234.18 |
| 012 | INTEGRYS | $ 6,558.65 | $ 111.06 |
| 013 | CITIBANK (SOUTH DAKOTA) N.A. | $ 1,128.52 | $ 19.11 |
| 014 | MIDWESCO SERVICES, INC. | $ 700.00 | $ 11.85 |
| 015A | PRAXAIR DISTRIBUTION INC. | $ 1,728.04 | $ 29.26 |
| 016 | VIKING MATERIALS INC. | $ 1,568.00 | $ 26.55 |
| 017B | FIRST CHOICE BANK | $ 126,078.95 | $ 2,134.86 |
| 018B | ILLINOIS DEPARTMENT OF REVENUE | $ 33.00 | $ 0.56 |
| 019B | INTERNAL REVENUE SERVICE | $ 1,515.20 | $ 25.66 |
| 020A | IC UNIVERSAL | $ 10,506.24 | $ 177.90 |
| 021 | CRAGIN METALS, LLC | $ 8,415.88 | $ 142.50 |
| 023 | NATIONAL CITY | $ 47,838.49 | $ 810.04 |

{4273 NTC A0227509.DOC}

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has not been discharged (corporation).

11. The Trustee proposed to abandon the following property at the hearing:

    Bank accounts, security deposits, insurance policy, account receivable.

Dated:   **April 1, 2009**                    For the Court,


                                        By:   **KENNETH S. GARDNER**
                                              Kenneth S. Gardner
                                              Clerk of the United States Bankruptcy Court
                                              219 S. Dearborn Street, 7th Floor
                                              Chicago, IL  60604

{4273 NTC A0227509.DOC}

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: amcc7                  Page 1 of 2                   Date Rcvd: Apr 01, 2009
Case: 08-27039                Form ID: pdf002              Total Served: 101

The following entities were served by first class mail on Apr 03, 2009.
db           +Amerifab Metals, Inc.,   740 Lively Blvd.,    Elk Grove Village, IL 60007-2203
aty          +Alex Pirogovsky,   Pirogovsky Fremderman, Ltd.,    3100 Dundee Road,   Suite 507,
               Northbrook, IL 60062-2449
tr           +Richard M Fogel,   Shaw Gussis Fishman Glantz Wolfson,    321 N Clark Street  Suite 800,
               Chicago, IL 60654-4766
12688398     +Addison Abrasives,   341 Interstate Road,    Addison, IL 60101-4515
12688399     +Addison Electropolishing,   80 Fairbank,   Unit No.1,   Addison, IL 60101-5304
12688400     +Advanced Metal Etching,   801 Gerber Street,   Ligonier, IN 46767-2412
13079213      Advanta Bank Corp,   c o Becket and Lee LLP,   POB 3001,    Malvern PA 19355-0701
12688401     +Advanta Bank Corp.,   PO Box 8088,   Philadelphia, PA 19101-8088
12688402      Airgas North Central,   PO Box 802588,   Chicago, IL 60680-2588
12688403     +All-Brite Anodizing,   100 W. Lake St.,   Northlake, IL 60164-2426
12688404     +Amada America,   PO Box 70756,   Chicago, IL 60673-0001
12688405     +Anagnos Door Company, Inc.,   7600 S. Archer Road,    Justice, IL 60458-1144
12688406     +Army Trail Shell,   250 E. Army Trail Road,    Bloomingdale, IL 60108-2163
12688408      BFI Waste Services,   PO Box 9001154,   Louisville, KY 40290-1154
12688407     +Berteau Lowell Plating,   2300-28 W. Fullerton Ave.,    Chicago, IL 60647-3226
13058077     +Big Joe Manufacturing Co.,   c/o Colleen E. McManus,    Much Shelist, et.al.,
               191 N. Wacker Drive, Suite 1800,   Chicago, IL 60606-1631
12688409     +Big Joe Mfg. Co.,   465 Windy Point Drive,   Glendale Heights, IL 60139-2196
12688410     +Bisco Industries,   1500 N. Lakeview Ave.,    Anaheim, CA 92807-1819
12688411     +Box Packaging Inc.,   2650 Galvin Drive,   Elgin, IL 60124-7893
12688412     +Canon Business Solutions,   15004 Collections Center Drive,    Chicago, IL 60693-0150
12688413      Central Steel & Wire,   PO Box 5100,   Chicago, IL 60680-5100
12688414      Citibank,   Citibank Payment Center,   PO Box 9241,   Uniondale, NY 11555-9241
13503667     +Citibank (South Dakota) N.A.,   DBA:,    4740 121St St.,   Urbandale, IA 50323-2402
12688415      Citibank Business Card,   PO Box 688919,   Des Moines, IA 50368-8919
12688416     +Citibank, N.A.,   100 Citibank Dr.,   Bldg. 3, Fl. 2,   San Antonio, TX 78245-3202
12688417     +Computer Services & Networking Inc.,   1172 Cactus Trail,    Carol Stream, IL 60188-3331
12688418     +Copper & Brass Sales,   415 State Parkway,   Schaumburg, IL 60173-4591
12688419     +Covad,   Dept. 33408,   PO Box 39000,   San Francisco, CA 94139-0001
13028964     +Covad Communication,   c/o RMS Bankruptcy REcovery services,    P.O. Box 5126,
               Timonium, Maryland 21094-5126
12688420      Cragin Metals, LLC,   2900 N. Kearsarge Ave.,    Chicago, IL 60641-5497
12688421     +D & W Mfg. Co.,   3237 Lake St.,   Chicago, IL 60624-2098
12688423     +DBC Industrial Supply Co.,   1100 Ridge Ave.,    Lombard, IL 60148-1229
12688422     +Darla Morrissey,   c/o Metcom Services,   25910 Mary St.,   Garden Prairie, IL 61038-9638
12688424     +Desco, Inc.,   1240 Howard St.,   Elk Grove Village, IL 60007-2267
12688425     +Dynamic Stamping Inc.,   W225 N6328 Village Drive,    PO Box 307,   Sussex, WI 53089-0307
12688427     +Equipment Depot of Illinois,   Dept. 6059,   Carol Stream, IL 60122-0001
12688426     +Equipment Depot of Illinois,   2545 Northwest Parkway,    Elgin, IL 60124-7870
12688428     +Fab Supply, Inc.,   1775A Cortland Ct.,   Addison, IL 60101-4235
12688429     +First Alliance Communications,   204 N. Lake Ave.,   Unit A,   Twin Lakes, WI 53181-9300
12688430     +First Choice Bank,   Ean L. Kryska,   150 N. Michigan Ave, Ste 3300,    Chicago, IL 60601-7621
12688431      Gatto Industrial Platers, Inc.,   PO Box 95289,   Palatine, IL 60095-0289
12688432     +Haribhai Patel,   715 Oak Mill Court,   Addison, IL 60101-5242
12688433     +Home Depot,   PO Box 6029,   The Lakes, NV 88901-6029
12688434     +Hulick Metals, Inc.,   91 Lively Blvd.,    Elk Grove Village, IL 60007-1618
12688435     +Hydac USA,   450 Windy Point Drive,   Glendale Heights, IL 60139-2177
12688436     +IA & L Powder Coating Inc.,   914 Westwood Ave.,    Addison, IL 60101-4917
13621530     +IC Universal, Inc,   1040 Fairway Drive,   Bensenville, IL 60106-1317
12688437     +IC Universal, Inc,   Attn: Isaac Capistean,   1040 Fairway Drive,   Bensenville, IL 60106-1317
12688440    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
             (address filed with court: Department of the Treasury-,   Internal Revenue Service,
               P O Box 21126,   Philadelphia, PA  19114)
13605002      Illinois Department of Revenue Bankruptcy Section,   P.O. Box 64338,    Chicago, IL 60664-0338
12688438     +Industrial Finishing Inc.,   2337 N. 17th Ave.,    Franklin Park, IL 60131-3432
12688439      Integrys,   PO Box 19046,   Green Bay, WI 54307-9046
12688441      J & L Industrial,   PO Box 382070,   Pittsburgh, PA 15250-8070
12688442     +J. Rubin & Co.,   305 Peoples Avenue,   Rockford, IL 61104-7034
12747510     +Jacqueline Mclain,   20606 N. 103rd Drive,   Peoria, AZ 85382-2262
12688443     +KBC Tools & Machinery,   910 Busse Road,   Elk Grove Village, IL 60007-2471
12688444     +KVF Company, Inc.,   950 Lively Blvd.,   Elk Grove Village, IL 60007-2254
12688445     +L & W Tool & Screw Machine Inc.,   2535 United Lane,   Elk Grove Village, IL 60007-6820
12688446      LaSalle Bank Midwest N.A.,   Attn: Dawn Kennedy / MO8-050-01-17,    2001 NE 46th Street,
               Kansas City, MO 64116-2051
12688447     +Laser Plus,   2450 American Lane,   Elk Grove Village, IL 60007-6204
12756281     +MSC Industrial Supply Company,   75 Maxess Road,    Melville, NY 11747-3151
12688449      McMaster Carr Co.,   PO Box 7690,   Chicago, IL 60680-7690
12688450     +Mexicali Silk Screening Co.,   525 W. Fullerton,   Addison, IL 60101-3756
12688451     +Midwesco Services Inc.,   7720 Lehigh Ave,   Niles, IL 60714-3491
13622891      NATIONAL CITY BANK,   PO Box 94982,   CLEVELAND, OH 44101-4982
12688452     +National City Bank,   One NCC Parkway,   Mail Code K-A16-2B,   Kalamazoo, MI 49009-8003
12688453     +National City Bank Algonquin,   791 S. Randall Road,    Algonquin, IL 60102-5914
12688454     +Nationwide Funding, LLC,   5520 Trabuco Road,   First Floor,   Irvine, CA 92620-5705
12688455     +North Star Lighting Group,   2150 Parkes Dr.,    Broadview, IL 60155-3997
12688456     +Office Max,   PO Box 5239,   Carol Stream, IL 60197-5239
12688457      Olympic Steel,   Dept. CH 17813,   Palatine, IL 60055-7813
12831944    ++PENTECH FINANCIAL SERVICES INC,   240 E HACIENDA AVE,    STE 100,   CAMPBELL CA 95008-6617
             (address filed with court: Pentech Financial Services, Inc.,
               910 East Hamilton Avenue, Suite 400,   Campbell, CA  95008)
12688458      Paetec,   PO Box 3243,   Milwaukee, WI 53201-3243
```

```
District/off: 0752-1          User: amcc7              Page 2 of 2              Date Rcvd: Apr 01, 2009
Case: 08-27039                Form ID: pdf002          Total Served: 101

12688459      +Pentech Financial Services, Inc.,    PO Box 712492,     Cincinnati, OH 45271-2492
13507853      +Pentech Funding, LLC,    c/o Cash Recovery LLC,    P.O. Box 64599,     Chicago, IL 60664-0599
12688460       Peoples Energy Services,    231305 Momentum Place,    Chicago, IL 60689-5311
12688461      +Phoenix Infrared,    3 Foundry St.,    Lowell, MA 01852-5100
13564227      +Praxair Distribution Inc,    c/o RMS Bankruptcy Recovery Services,     PO Box 5126,
                Timonium, MD 21094-5126
12688462       Praxair Distributors Inc.,    Dept. CH 10660,    Palatine, IL 60055-0660
12688463       Rockford Industrial Welding Supply,    PO Box 5404,    Rockford, IL 61125-0404
12688464      +Rockwell Collins,    350 Collins Road N/E,    M/S 109-206,    Cedar Rapids, IA 52498-0508
12688465      +S.W. Anderson,    35756 Eagle Way,    Chicago, IL 60678-0001
12688467      +Se-Kure Controls,    3714 Runge St.,    Franklin Park, IL 60131-1112
12688468      +Staples Office Supply,    Dept. 51-7819506618,    PO Box 689020,     Des Moines, IA 50368-9020
12688469       T.W. Metals,    760 Constitution Drive,    PO Box 644,    Exton, PA 19341-0644
12688470      +Technicool Corp.,    PO Box 72139,    Roselle, IL 60172-0139
12688471      +The Finishing Company,    2340 N. 17th Ave.,    Franklin Park, IL 60131-3407
12688472      +Thomas P. Scherschel,    SmithAmundsen LLC,    150 N. Michigan Ave., Ste. 3300,
                Chicago, IL 60601-6004
12688473      +Three J's Industries, Inc.,    701 Landmeier Rd.,    Elk Grove Village, IL 60007-4757
12688474      +Timothy Cronin,    799 Roosevelt Road,    Bldg. 3, St. 100,    Glen Ellyn, IL 60137-5908
12688475       Tooling & Manufacturing Assoc.,    1177 S. Dee Road,    Park Ridge, IL 60068-4396
12688476      +United Machine Works Inc.,    860 Sivert Drive,    Wood Dale, IL 60191-1209
12688477      +United Metal Finishers,    4600 W. Palmer St.,    Chicago, IL 60639-3424
12688478      +United Parcel Service,    Lockbox 577,    Carol Stream, IL 60132-0001
12688479      +Viking Materials Inc.,    3225 Como Avenue S.E.,    Minneapolis, MN 55414-2807
12688481      +Washington Mutual,    Small Business Lending,    20855 stone Oak Parkway,
                San Antonio, TX 78258-7429
12688480      +Washington Mutual,    990 S. Second St.,    Coos Bay, OR 97420-1405
12688482       Washington Mutual Bankcard,    Commercial Bankcard Services,     PO Box 4160,
                Beaverton, OR 97076-4160
12688483       Washington Mutual Card Services,    PO Box 660487,    Dallas, TX 75266-0487
12688484      +Zipprich Movers,    959 N. Garfield St.,    Lombard, IL 60148-1336
The following entities were served by electronic transmission on Apr 02, 2009.
12813414      +E-mail/Text: brandy.glashin@comed.com                           ComEd,    ComEd Co.,
                2100 Swift Drive,    Attn: Bankruptcy Section/Revenue Mgmt,    Oakbrook, IL 60523-1559
                                                                                               TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12688448      Linda Kucan
12747511      Linda Kucan
12688466      Scott McLain
12747512      Scott Mclain
                                                                                               TOTALS: 4, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 03, 2009**            **Signature:** *Joseph Speetjens*