# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: AMERIFAB METALS, INC. § | Case No. 08-27039 |
| § | |
| § | |
| Debtor(s) § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
## CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

RICHARD M. FOGEL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $210,064.47 | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $40,638.98 | Claims Discharged Without Payment: $303,622.64 |
| Total Expenses of Administration: $10,977.19 | |

3) Total gross receipts of $ 51,616.17 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $51,616.17 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (4/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $0.00 | $160,873.33 | $34,794.38 | $34,794.38 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 10,977.19 | 10,977.19 | 10,977.19 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (fromExhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 37.66 | 37.66 | 37.66 |
| GENERAL UNSECURED CLAIMS (fromExhibit 7) | 0.00 | 354,730.20 | 309,429.58 | 5,806.94 |
| TOTAL DISBURSEMENTS | $0.00 | $526,618.38 | $355,238.81 | $51,616.17 |

    4) This case was originally filed under Chapter 7 on October 08, 2008.
. The case was pending for 9 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/09/2009        By: /s/RICHARD M. FOGEL
                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (4/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| A/R | 1121-000 | 740.00 |
| Reversed Deposit 200002 1 A/R | 1121-000 | -740.00 |
| BANK ACCOUNTS | 1129-000 | 10,279.09 |
| SECURITY DEPOSITS | 1129-000 | 907.16 |
| ACCOUNTS RECEIVABLE | 1121-000 | 40,416.00 |
| Interest Income | 1270-000 | 13.92 |
| **TOTAL GROSS RECEIPTS** | | **$51,616.17** |

¹The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| N/A | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 — SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

UST Form 101-7-TDR (4/1/2009)

## EXHIBIT 3 –SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FIRST CHOICE BANK | 4210-000 | N/A | 160,873.33 | 34,794.38 | 34,794.38 |
| **TOTAL SECURED CLAIMS** | | $0.00 | $160,873.33 | $34,794.38 | $34,794.38 |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD M. FOGEL | 2100-000 | N/A | 5,799.98 | 5,799.98 | 5,799.98 |
| RICHARD M. FOGEL | 2200-000 | N/A | 38.59 | 38.59 | 38.59 |
| POPOWCER KATTEN, LTD. | 3410-000 | N/A | 3,347.00 | 3,347.00 | 3,347.00 |
| ARTHUR J. GALLAGHER & CO. | 2420-000 | N/A | 525.70 | 525.70 | 525.70 |
| ARTHUR J. GALLAGHER & CO. | 2420-000 | N/A | 97.79 | 97.79 | 97.79 |
| COMMONWEALTH EDISON | 2420-000 | N/A | 60.40 | 60.40 | 60.40 |
| COMMONWEALTH EDISON | 2420-000 | N/A | 200.52 | 200.52 | 200.52 |
| NICOR GAS | 2420-000 | N/A | 324.41 | 324.41 | 324.41 |
| Nicor Gas | 2420-000 | N/A | 280.47 | 280.47 | 280.47 |
| Hudson Energy | 2420-000 | N/A | 97.31 | 97.31 | 97.31 |
| Jacqueline McLain | 2990-000 | N/A | 75.00 | 75.00 | 75.00 |
| Elk Grove Village | 2420-000 | N/A | 85.00 | 85.00 | 85.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 45.02 | 45.02 | 45.02 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $10,977.19 | $10,977.19 | $10,977.19 |

**UST Form 101-7-TDR (4/1/2009)**

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ILLINOIS DEPARTMENT OF REVENUE | 5800-000 | N/A | 34.00 | 34.00 | 34.00 |
| INTERNAL REVENUE SERVICE | 5800-000 | N/A | 3.66 | 3.66 | 3.66 |
| TOTAL PRIORITY UNSECURED CLAIMS | | $0.00 | $37.66 | $37.66 | $37.66 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MSC INDUSTRIAL CO. | 7100-000 | N/A | 1,187.64 | 1,187.64 | 22.31 |
| COMMONWEALTH EDISON COMPANY | 7100-000 | N/A | 419.21 | 419.21 | 7.87 |
| PENTECH FUNDING, LLC | 7100-000 | N/A | 28,598.98 | 28,598.98 | 537.12 |
| CENTRAL STEEL & WIRE | 7100-000 | N/A | 4,960.43 | 4,960.43 | 93.16 |
| LASER PLUS | 7100-000 | N/A | 1,268.00 | 1,268.00 | 23.81 |
| DYNAMIC STAMPING INC. | 7100-000 | N/A | 755.82 | 755.82 | 14.20 |
| COVAD COMMUNICATION | 7100-000 | N/A | 198.00 | 198.00 | 3.72 |
| BIG JOE MANUFACTURING CO. | 7100-000 | N/A | 45,075.86 | 45,075.86 | 846.57 |
| AIRGAS NORTH CENTRAL | 7100-000 | N/A | 3,804.40 | 3,804.40 | 71.45 |
| TECHNICOOL CORP. | 7100-000 | N/A | 3,022.26 | 3,022.26 | 56.76 |
| ADVANTA BANK CORP. | 7100-000 | N/A | 13,829.87 | 13,829.87 | 259.74 |

**UST Form 101-7-TDR (4/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| INTEGRYS | 7100-000 | N/A | 6,558.65 | 6,558.65 | 123.18 |
| CITIBANK (SOUTH DAKOTA) N.A. | 7100-000 | N/A | 1,128.52 | 1,128.52 | 21.19 |
| MIDWESCO SERVICES, INC. | 7100-000 | N/A | 700.00 | 700.00 | 13.15 |
| PRAXAIR DISTRIBUTION INC. | 7100-000 | N/A | 1,728.04 | 1,728.04 | 32.45 |
| VIKING MATERIALS INC. | 7100-000 | N/A | 1,568.00 | 1,568.00 | 29.45 |
| FIRST CHOICE BANK | 7100-000 | N/A | 160,873.33 | 126,078.95 | 2,367.89 |
| ILLINOIS DEPARTMENT OF REVENUE | 7100-000 | N/A | 33.00 | 33.00 | 0.62 |
| INTERNAL REVENUE SERVICE | 7100-000 | N/A | 1,515.20 | 1,515.20 | 28.46 |
| IC UNIVERSAL | 7100-000 | N/A | 10,506.24 | 10,506.24 | 197.32 |
| CRAGIN METALS, LLC | 7100-000 | N/A | 8,415.88 | 8,415.88 | 158.06 |
| IC UNIVERSAL | 7100-000 | N/A | 10,506.24 | 0.00 | 0.00 |
| NATIONAL CITY | 7100-000 | N/A | 47,838.49 | 47,838.49 | 898.46 |
| CANON BUSINESS SOLUTIONS | 7200-000 | N/A | 238.14 | 238.14 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $0.00 | $354,730.20 | $309,429.58 | $5,806.94 |

**UST Form 101-7-TDR (4/1/2009)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case Number: | 08-27039 | Trustee: | (330720) RICHARD M. FOGEL |
|---|---|---|---|
| Case Name: | AMERIFAB METALS, INC. | Filed (f) or Converted (c): | 10/08/08 (f) |
| | | §341(a) Meeting Date: | 11/24/08 |
| Period Ending: | 07/09/09 | Claims Bar Date: | 03/10/09 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | BANK ACCOUNTS (See Footnote) | 1,272.96 | 0.00 | DA | 0.00 | 0.00 |
| 2 | BANK ACCOUNTS | 10,225.92 | 0.00 | | 10,279.09 | FA |
| 3 | BANK ACCOUNTS (See Footnote) | 42.00 | 0.00 | DA | 0.00 | 0.00 |
| 4 | SECURITY DEPOSITS (See Footnote) | 5,489.58 | 0.00 | DA | 0.00 | 0.00 |
| 5 | SECURITY DEPOSITS (See Footnote) | 2,277.78 | 0.00 | | 907.16 | FA |
| 6 | INTERESTS IN INSURANCE POLICIES (See Footnote) | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 7 | ACCOUNTS RECEIVABLE (See Footnote) | 48,680.21 | 48,680.21 | | 40,416.00 | FA |
| 8 | LIQUIDATED DEBTS OWING DEBTOR | 169.93 | 0.00 | DA | 0.00 | 0.00 |
| 9 | AUTOMOBILES AND OTHER VEHICLES (See Footnote) | 750.00 | 0.00 | | 0.00 | FA |
| 10 | OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES (See Footnote) | 0.00 | 0.00 | OA | 0.00 | 0.00 |
| 11 | MACHINERY, FIXTURES, AND BUSINESS EQUIPMENT (See Footnote) | 203,090.00 | 0.00 | OA | 0.00 | 0.00 |
| Int | INTEREST (u) | Unknown | N/A | | 13.92 | FA |
| 12 | Assets    Totals (Excluding unknown values) | $271,998.38 | $48,680.21 | | $51,616.17 | $0.00 |

| RE PROP# 1 | Subject to setoff for bank loan |
|---|---|
| RE PROP# 3 | Subject to setoff for bank loan |
| RE PROP# 4 | Setoff by landlord for pre-petition lease default |
| RE PROP# 5 | Utility company setoff part of deposit against pre-petition account balance |
| RE PROP# 6 | Policies had no unearned premiums |
| RE PROP# 7 | One account debtor paid directly to secured creditor. Two account debtors asserted reasonable setoffs and paid reduced amounts |
| RE PROP# 9 | Non-running vehicle ('94 Dodge Van) was donated to charity (Vietnam Veterans of America) in exchange for free towing from premises |
| RE PROP# 10 | Abandoned per o/c 12-10-08 |
| RE PROP# 11 | Abandoned per o/c 12-10-08 |

**Major Activities Affecting Case Closing:**

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 08-27039 | | Trustee: | (330720) | RICHARD M. FOGEL |
|---|---|---|---|---|---|
| Case Name: | AMERIFAB METALS, INC. | | Filed (f) or Converted (c): | 10/08/08 (f) | |
| | | | §341(a) Meeting Date: | 11/24/08 | |
| Period Ending: | 07/09/09 | | Claims Bar Date: | 03/10/09 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Initial Projected Date Of Final Report (TFR):   June 30, 2009    Current Projected Date Of Final Report (TFR):   March 31, 2009 (Actual)

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 08-27039 | | Trustee: | RICHARD M. FOGEL (330720) |
|---|---|---|---|---|
| Case Name: | AMERIFAB METALS, INC. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****27-65 - MMA- Main Account |
| Taxpayer ID #: | 92-0178754 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 07/09/09 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/20/08 | {2} | CITIBANK, N.A. | BALANCE ON DEPOSIT | 1129-000 | 10,279.09 | | 10,279.09 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.11 | | 10,279.20 |
| 12/30/08 | {5} | COMMONWEALTH EDISON | REFUND OF SECURITY DEPOSIT | 1129-000 | 70.57 | | 10,349.77 |
| 12/30/08 | {5} | COMMONWEALTH EDISON | REFUND OF SECURITY DEPOSIT | 1129-000 | 225.07 | | 10,574.84 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.72 | | 10,575.56 |
| 12/31/08 | | To Account #********2766 | Document destruction | 9999-000 | | 75.00 | 10,500.56 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.42 | | 10,500.98 |
| 02/05/09 | | To Account #********2766 | Parking tickets for Dodge Van | 9999-000 | | 100.00 | 10,400.98 |
| 02/06/09 | | From Account #********2766 | Re-transfer excess funds | 9999-000 | 15.00 | | 10,415.98 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.39 | | 10,416.37 |
| 03/17/09 | {5} | NICOR | Refund of security deposit | 1129-000 | 611.52 | | 11,027.89 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.46 | | 11,028.35 |
| 04/01/09 | | To Account #********2766 | Bond Premium | 9999-000 | | 45.02 | 10,983.33 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.44 | | 10,983.77 |
| 05/13/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.17 | | 10,983.94 |
| 05/13/09 | | To Account #********2766 | Close account and transfer for final distributions | 9999-000 | | 10,983.94 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | | 11,203.96 | 11,203.96 | $0.00 |
| Less: Bank Transfers | | 15.00 | 11,203.96 | |
| Subtotal | | 11,188.96 | 0.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $11,188.96 | $0.00 | |

{} Asset reference(s)

Printed: 07/09/2009 12:06 PM  V.11.21

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 08-27039 | | Trustee: | RICHARD M. FOGEL (330720) |
|---|---|---|---|---|
| Case Name: | AMERIFAB METALS, INC. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****27-66 - Checking Account |
| Taxpayer ID #: | 92-0178754 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 07/09/09 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/30/08 | | From Account #*********2767 | Insurance premiums | 9999-000 | 623.49 | | 623.49 |
| 10/31/08 | 101 | ARTHUR J. GALLAGHER & CO. | Premium payment: Policy CBP8091163 | 2420-000 | | 525.70 | 97.79 |
| 10/31/08 | 102 | ARTHUR J. GALLAGHER & CO. | Premium payment: Policy CU 8091663 | 2420-000 | | 97.79 | 0.00 |
| 11/06/08 | | From Account #*********2767 | Utilities | 9999-000 | 260.92 | | 260.92 |
| 11/07/08 | 103 | COMMONWEALTH EDISON | UTILITY ACCOUNT: 0905062026 | 2420-000 | | 60.40 | 200.52 |
| 11/07/08 | 104 | COMMONWEALTH EDISON | UTILITY ACCOUNT: 3335064020 | 2420-000 | | 200.52 | 0.00 |
| 11/17/08 | | From Account #*********2767 | Post Petition Utilities | 9999-000 | 324.41 | | 324.41 |
| 11/18/08 | 105 | NICOR GAS | POST-PETITION UTILITY SERVICES | 2420-000 | | 324.41 | 0.00 |
| 12/16/08 | | From Account #*********2767 | Utilities | 9999-000 | 280.47 | | 280.47 |
| 12/16/08 | 106 | Nicor Gas | Post-petition Utility Service | 2420-000 | | 280.47 | 0.00 |
| 12/31/08 | | From Account #*********2767 | Post-petition utilities | 9999-000 | 97.31 | | 97.31 |
| 12/31/08 | | From Account #*********2765 | Document destruction | 9999-000 | 75.00 | | 172.31 |
| 12/31/08 | 107 | Hudson Energy | Post-petition utilities | 2420-000 | | 97.31 | 75.00 |
| 12/31/08 | 108 | Jacqueline McLain | Reimbursement for costs of document destruction | 2990-000 | | 75.00 | 0.00 |
| 02/05/09 | | From Account #*********2765 | Parking tickets for Dodge Van | 9999-000 | 100.00 | | 100.00 |
| 02/06/09 | | To Account #*********2765 | Re-transfer excess funds | 9999-000 | | 15.00 | 85.00 |
| 02/06/09 | 109 | Elk Grove Village | Parking tickets-Dodge Van- P0988040 & P098039 | 2420-000 | | 85.00 | 0.00 |
| 04/01/09 | | From Account #*********2765 | Bond Premium | 9999-000 | 45.02 | | 45.02 |
| 04/02/09 | 110 | INTERNATIONAL SURETIES, LTD. | Bond Premium | 2300-000 | | 45.02 | 0.00 |
| 05/13/09 | | From Account #*********2765 | Close account and transfer for final distributions | 9999-000 | 10,983.94 | | 10,983.94 |
| 05/13/09 | | From Account #*********2767 | Close account and transfer for final distributions | 9999-000 | 38,840.61 | | 49,824.55 |
| 05/14/09 | 111 | FIRST CHOICE BANK | First and final dividend on allowed Chapter 7 claims | 4210-000 | | 34,794.38 | 15,030.17 |
| 05/14/09 | 112 | POPOWCER KATTEN, LTD. | Dividend paid 100.00% on $3,347.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 3,347.00 | 11,683.17 |
| 05/14/09 | 113 | ILLINOIS DEPARTMENT OF REVENUE | First and final dividend on allowed Chapter 7 claims | 5800-000 | | 34.00 | 11,649.17 |
| 05/14/09 | 114 | INTERNAL REVENUE SERVICE | First and final dividend on allowed Chapter 7 claims | 5800-000 | | 3.66 | 11,645.51 |
| 05/14/09 | 115 | MSC INDUSTRIAL CO. | First and final dividend on allowed Chapter 7 claims | 7100-000 | | 22.31 | 11,623.20 |
| 05/14/09 | 116 | COMMONWEALTH EDISON COMPANY | First and final dividend on allowed Chapter 7 claims | 7100-000 | | 7.87 | 11,615.33 |

Subtotals: $51,631.17  $40,015.84

{} Asset reference(s)                                    Printed: 07/09/2009 12:06 PM    V.11.21

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 08-27039 | | Trustee: | RICHARD M. FOGEL (330720) |
| --- | --- | --- | --- | --- |
| Case Name: | AMERIFAB METALS, INC. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****27-66 - Checking Account |
| Taxpayer ID #: | 92-0178754 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 07/09/09 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 05/14/09 | 117 | PENTECH FUNDING, LLC | First and final dividend on allowed Chapter 7 claims | 7100-000 | | 537.12 | 11,078.21 |
| 05/14/09 | 118 | CENTRAL STEEL & WIRE | First and final dividend on allowed Chapter 7 claims | 7100-000 | | 93.16 | 10,985.05 |
| 05/14/09 | 119 | LASER PLUS | First and final dividend on allowed Chapter 7 claims | 7100-000 | | 23.81 | 10,961.24 |
| 05/14/09 | 120 | DYNAMIC STAMPING INC. | First and final dividend on allowed Chapter 7 claims | 7100-000 | | 14.20 | 10,947.04 |
| 05/14/09 | 121 | COVAD COMMUNICATION | First and final dividend on allowed Chapter 7 claims | 7100-000 | | 3.72 | 10,943.32 |
| 05/14/09 | 122 | BIG JOE MANUFACTURING CO. | First and final dividend on allowed Chapter 7 claims | 7100-000 | | 846.57 | 10,096.75 |
| 05/14/09 | 123 | AIRGAS NORTH CENTRAL | First and final dividend on allowed Chapter 7 claims | 7100-000 | | 71.45 | 10,025.30 |
| 05/14/09 | 124 | TECHNICOOL CORP. | First and final dividend on allowed Chapter 7 claims | 7100-000 | | 56.76 | 9,968.54 |
| 05/14/09 | 125 | ADVANTA BANK CORP. | First and final dividend on allowed Chapter 7 claims | 7100-000 | | 259.74 | 9,708.80 |
| 05/14/09 | 126 | INTEGRYS | First and final dividend on allowed Chapter 7 claims | 7100-000 | | 123.18 | 9,585.62 |
| 05/14/09 | 127 | CITIBANK (SOUTH DAKOTA) N.A. | First and final dividend on allowed Chapter 7 claims | 7100-000 | | 21.19 | 9,564.43 |
| 05/14/09 | 128 | MIDWESCO SERVICES, INC. | First and final dividend on allowed Chapter 7 claims | 7100-000 | | 13.15 | 9,551.28 |
| 05/14/09 | 129 | PRAXAIR DISTRIBUTION INC. | First and final dividend on allowed Chapter 7 claims | 7100-000 | | 32.45 | 9,518.83 |
| 05/14/09 | 130 | VIKING MATERIALS INC. | First and final dividend on allowed Chapter 7 claims | 7100-000 | | 29.45 | 9,489.38 |
| 05/14/09 | 131 | FIRST CHOICE BANK | First and final dividend on allowed Chapter 7 claims | 7100-000 | | 2,367.89 | 7,121.49 |
| 05/14/09 | 132 | ILLINOIS DEPARTMENT OF REVENUE | First and final dividend on allowed Chapter 7 claims | 7100-000 | | 0.62 | 7,120.87 |
| 05/14/09 | 133 | INTERNAL REVENUE SERVICE | First and final dividend on allowed Chapter 7 claims | 7100-000 | | 28.46 | 7,092.41 |
| 05/14/09 | 134 | IC UNIVERSAL | First and final dividend on allowed Chapter 7 claims<br>Voided on 05/14/09 | 7100-000 | | 197.32 | 6,895.09 |
| 05/14/09 | 134 | IC UNIVERSAL | First and final dividend on allowed Chapter 7 claims<br>Voided: check issued on 05/14/09 | 7100-000 | | -197.32 | 7,092.41 |
| | | | Subtotals : | | $0.00 | $4,522.92 | |

{} Asset reference(s)

Printed: 07/09/2009 12:06 PM    V.11.21

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 08-27039 | Trustee: | RICHARD M. FOGEL (330720) |
| --- | --- | --- | --- |
| Case Name: | AMERIFAB METALS, INC. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****27-66 - Checking Account |
| Taxpayer ID #: | 92-0178754 | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 07/09/09 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 05/14/09 | 135 | CRAGIN METALS, LLC | First and final dividend on allowed Chapter 7 claims<br>Voided on 05/14/09 | 7100-000 | | 158.06 | 6,934.35 |
| 05/14/09 | 135 | CRAGIN METALS, LLC | First and final dividend on allowed Chapter 7 claims<br>Voided: check issued on 05/14/09 | 7100-000 | | -158.06 | 7,092.41 |
| 05/14/09 | 136 | NATIONAL CITY | First and final dividend on allowed Chapter 7 claims<br>Voided on 05/14/09 | 7100-000 | | 898.46 | 6,193.95 |
| 05/14/09 | 136 | NATIONAL CITY | First and final dividend on allowed Chapter 7 claims<br>Voided: check issued on 05/14/09 | 7100-000 | | -898.46 | 7,092.41 |
| 05/14/09 | 137 | RICHARD M. FOGEL | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST<br>Voided on 05/14/09 | 2100-000 | | 5,838.57 | 1,253.84 |
| 05/14/09 | 137 | RICHARD M. FOGEL | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST<br>Voided: check issued on 05/14/09 | 2100-000 | | -5,838.57 | 7,092.41 |
| 05/14/09 | 138 | IC UNIVERSAL | First and final dividend on allowed Chapter 7 claims | 7100-000 | | 197.32 | 6,895.09 |
| 05/14/09 | 139 | CRAGIN METALS, LLC | First and final dividend on allowed Chapter 7 claims | 7100-000 | | 158.06 | 6,737.03 |
| 05/14/09 | 140 | NATIONAL CITY | First and final dividend on allowed Chapter 7 claims | 7100-000 | | 898.46 | 5,838.57 |
| 05/14/09 | 141 | RICHARD M. FOGEL | Trustee Compensation | 2100-000 | | 5,799.98 | 38.59 |
| 05/14/09 | 142 | RICHARD M. FOGEL | Trustee Expenses | 2200-000 | | 38.59 | 0.00 |
| | | | ACCOUNT TOTALS | | 51,631.17 | 51,631.17 | $0.00 |
| | | | Less: Bank Transfers | | 51,631.17 | 15.00 | |
| | | | Subtotal | | 0.00 | 51,616.17 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $51,616.17 | |

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 5

| Case Number: | 08-27039 | | Trustee: | RICHARD M. FOGEL (330720) |
| --- | --- | --- | --- | --- |
| Case Name: | AMERIFAB METALS, INC. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****27-67 - MMA- A/R Account |
| Taxpayer ID #: | 92-0178754 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 07/09/09 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 10/13/08 | {7} | D&N MICRO PRODUCTS | A/R | 1121-000 | 1,305.00 | | 1,305.00 |
| 10/13/08 | {7} | HYDAC TECHNOLOGY | A/R | 1121-000 | 3,930.08 | | 5,235.08 |
| 10/13/08 | | MIRCO INC. | A/R | 1121-000 | 740.00 | | 5,975.08 |
| 10/13/08 | {7} | MIRCO, INC. | A/R | 1121-000 | 74.00 | | 6,049.08 |
| 10/13/08 | | MIRCO INC. | Reversed Deposit 200002 1 A/R | 1121-000 | -740.00 | | 5,309.08 |
| 10/24/08 | {7} | HYDAC TECHNOLOGY CORP | A/R | 1121-000 | 333.20 | | 5,642.28 |
| 10/27/08 | {7} | CHALLENGER LIGHTING CO. | A/R | 1121-000 | 157.50 | | 5,799.78 |
| 10/27/08 | {7} | AIRWAYS SYSTEMS, INC. | A/R | 1121-000 | 558.00 | | 6,357.78 |
| 10/27/08 | {7} | USACH TECHNOLOGIES, INC. | A/R | 1121-000 | 650.00 | | 7,007.78 |
| 10/27/08 | {7} | HYDAC TECHNOLOGY CORP. | A/R | 1121-000 | 2,179.34 | | 9,187.12 |
| 10/27/08 | {7} | SUMMIT INDUSTRIES, INC. | A/R | 1121-000 | 4,640.65 | | 13,827.77 |
| 10/27/08 | {7} | HYDAC TECHNOLOGY CORP | A/R | 1121-000 | 2,170.34 | | 15,998.11 |
| 10/27/08 | {7} | HYDAC TECHNOLOGY CORP. | Reversed Deposit 200007 1 A/R | 1121-000 | -2,179.34 | | 13,818.77 |
| 10/28/08 | {7} | DEL MEDICAL IMAGING CORP. | A/R | 1121-000 | 478.56 | | 14,297.33 |
| 10/28/08 | {7} | SUMMIT INDUSTRIES, INC. | A/R | 1121-000 | 2,830.00 | | 17,127.33 |
| 10/29/08 | {7} | ASSEMBLY PRODUCTS, INC. | A/R | 1121-000 | 840.00 | | 17,967.33 |
| 10/30/08 | | To Account #********2766 | Insurance premiums | 9999-000 | | 623.49 | 17,343.84 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 0.39 | | 17,344.23 |
| 11/03/08 | {7} | WESCO DISTRIBUTION, INC. | A/R | 1121-000 | 442.74 | | 17,786.97 |
| 11/06/08 | | To Account #********2766 | Utilities | 9999-000 | | 260.92 | 17,526.05 |
| 11/11/08 | {7} | DEL MEDICAL IMAGING CORP. | A/R | 1121-000 | 143.00 | | 17,669.05 |
| 11/14/08 | {7} | NORTH STAR LIGHTING, INC. | A/R | 1121-000 | 1,020.00 | | 18,689.05 |
| 11/17/08 | | To Account #********2766 | Post Petition Utilities | 9999-000 | | 324.41 | 18,364.64 |
| 11/18/08 | {7} | WESCO DISTRIBUTION, INC. | A/R | 1121-000 | 362.40 | | 18,727.04 |
| 11/20/08 | {7} | ALLCOM PRODUCTS ILLINOIS, LLC | A/R | 1121-000 | 10,359.84 | | 29,086.88 |
| 11/25/08 | {7} | HYDAC TECHNOLOGY CORP. | A/R | 1121-000 | 651.20 | | 29,738.08 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 1.51 | | 29,739.59 |
| 12/01/08 | {7} | MASTER CONTROL SYSTEMS | A/R | 1121-000 | 209.75 | | 29,949.34 |
| 12/10/08 | {7} | GLENN H. JOHNSON CONSTRUCTION | A/R | 1121-000 | 8,905.50 | | 38,854.84 |
| 12/11/08 | {7} | NORTHWIND, INC. | A/R (Subject to setoff for incomplete order) | 1121-000 | 189.24 | | 39,044.08 |
| 12/16/08 | | To Account #********2766 | Utilities | 9999-000 | | 280.47 | 38,763.61 |
| 12/30/08 | {7} | AIRWAYS SYSTEMS, INC. | A/R | 1121-000 | 165.00 | | 38,928.61 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.36 | | 38,930.97 |
| 12/31/08 | | To Account #********2766 | Post-petition utilities | 9999-000 | | 97.31 | 38,833.66 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.58 | | 38,835.24 |

Subtotals:    $40,421.84    $1,586.60

{} Asset reference(s)    Printed: 07/09/2009 12:06 PM    V.11.21

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 6

| Case Number: | 08-27039 | | Trustee: | RICHARD M. FOGEL (330720) |
| --- | --- | --- | --- | --- |
| Case Name: | AMERIFAB METALS, INC. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****27-67 - MMA- A/R Account |
| Taxpayer ID #: | 92-0178754 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 07/09/09 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.47 | | 38,836.71 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.69 | | 38,838.40 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.58 | | 38,839.98 |
| 05/13/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.63 | | 38,840.61 |
| 05/13/09 | | To Account #********2766 | Close account and transfer for final distributions | 9999-000 | | 38,840.61 | 0.00 |
| | | | ACCOUNT TOTALS | | 40,427.21 | 40,427.21 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 40,427.21 | |
| | | | Subtotal | | 40,427.21 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $40,427.21 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
| --- | --- | --- | --- |
| MMA # ***-*****27-65 | 11,188.96 | 0.00 | 0.00 |
| Checking # ***-*****27-66 | 0.00 | 51,616.17 | 0.00 |
| MMA # ***-*****27-67 | 40,427.21 | 0.00 | 0.00 |
| | $51,616.17 | $51,616.17 | $0.00 |

{} Asset reference(s)   Printed: 07/09/2009 12:06 PM   V.11.21